USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1566 UNITED STATES, Appellee, v. KEVIN PATRICK GILDEA, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Richard G. Stearns, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Selya and Stahl, Circuit Judges. ______________ ____________________ Mark J. Gillis on brief for appellant. ______________ Donald K. Stern, United States Attorney, and James F. Lang, ________________ _______________ Assistant U.S. Attorney, on brief for appellee. ____________________ December 4, 1997 ____________________ Per Curiam. Upon careful review of the briefs and __________ record, we perceive no reason to set aside the revocation of probation or the sentence imposed. The magistrate judge and district court adequately explained the rulings, and we add only these comments: 1. The findings, including the finding that appellant waived a preliminary hearing and also waived appointed counsel, are adequately supported by the record.  2. Essentially for the reasons given by the district court, the FBI's request that the probation officer submit the petition for revocation at a particular time did not invalidate the revocation. 3. None of the issues raised in appellant's pro se supplemental brief present grounds for reversal here. We decline to consider his challenges to his underlying conviction and sentence. Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ -2-